■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WRIGHT, Appellant. [710 NYS2d 826] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.— Criminal Possession Forged Instrument, 3rd Degree.) Present— Pigott, Jr., P. J., Green, Hayes and Hurlbutt, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JAYCOX, Appellant. [710 NYS2d 282] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Erie County Court, Drury, J.—Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Green, Hayes and Hurlbutt, JJ.